IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00279-BNB

ROBERT A. KILGORE,

 Plaintiff,

v.

SARA M. REVELL,

 Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 21 2008

GREGORY C. LANGHAM
      CLERK

## ORDER OF DISMISSAL

Plaintiff Robert A. Kilgore is in the custody of the United States Bureau of Prisons and currently is incarcerated at USP Florence in Florence, Colorado. Mr. Kilgore initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. In an order entered on February 8, 2008, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action.

Magistrate Judge Boland, in the February 8, 2008, Order, found that Mr. Kilgore is asserting civil rights claims rather than habeas corpus claims. In the Application, Mr. Kilgore asserts that in the past he has been assaulted and nearly killed by gang members. He further contends that prison staff refuses to house him in different units or facilities from gang members. Mr. Kilgore seeks release from prison as relief.

Relying on ***Richards v. Bellmon***, 941 F.2d 1015, 1018 (10th Cir. 1991), Magistrate Judge Boland construed the action as filed pursuant to ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971), and

instructed Mr. Kilgore to submit his claims on a Court-approved form used in filing prisoner complaints. Mr. Kilgore also was instructed to submit to the Court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a certified copy of his inmate trust fund account statement for the six months prior to the filing of the instant action, if he desired to proceed *in forma pauperis*. Otherwise, he was directed to pay the $350.00 filing fee prior to proceeding in the action.

Upon review of the § 2241 application form that Mr. Kilgore submitted, the Court finds like Magistrate Judge Boland that the claims Mr. Kilgore raises more properly are asserted in a prisoner complaint. Plaintiff now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 20 day of March, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00279-BNB

Robert A. Kilgore
Reg. No. 88707-011
USP - Florence
PO Box 7000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/21/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk